IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ERIC L. ELLIS | § | |
| | § | |
| VS. | § | ACTION NO. 4:22-CV-864-Y |
| | § | |
| CARGILL MEAT SOLUTIONS, et al. | § | |

**ORDER GRANTING MOTION TO STAY**
<u>**BRIEFING ON MOTION FOR SUMMARY JUDGMENT**</u>

Before the Court is a motion to stay briefing (doc. 88) on Plaintiff's motion for summary judgment filed by defendant Cargill Meat Solutions. Finding good cause for the request, the Court concludes that the motion should be, and it is hereby, **GRANTED**. All deadlines regarding briefing on Plaintiff's motion for summary judgment are stayed pending the Court's rulings on the pending motions to dismiss.

SIGNED July 6, 2023.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE