IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

```
ERIC L. ELLIS                  §
                               §
VS.                            §    ACTION NO. 4:22-CV-864-Y
                               §
CARGILL MEAT SOLUTIONS, et al. §
```

**FINAL JUDGMENT**

This judgment is issued as required by Federal Rule of Civil Procedure 58. In accordance with the Court's order granting Defendant's motion to dismiss, dated this same day, this case is **DISMISSED with prejudice.**

The clerk shall transmit a true copy of this judgment to the parties.

SIGNED March 15, 2024.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE