# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **Eric L. Ellis**, <br><br> Plaintiff, <br><br> vs. <br><br> **CARGILL MEAT SOLUTIONS ET AL** <br> **Defendants** | Case No.: <br><br><br><br><br><br><br><br><br><br> 4:22-CV- 00864 |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given this 8th of April 2024, that hereby appeals to the United States Court of Appeals for the Fifth Circuit from the interlocutory judgments of this Court that dismissed Ellis's claims against the Defendants without prejudice entered in October 2023 and the interlocutory judgement of this court that dismissed Ellis's FLSA claims against Defendant Cargill Meat Solutions entered in March 2024.

/s/ Eric L Ellis

Respectfully submitted,

Eric Lamar Ellis

8539 Melissa Dr

Fort Worth, Tx

Ericlamarellis@Gmail.com

4.8.2024

## **CERTIFICATE OF SERVICE**

I hereby affirm that on this 4th day of April, that the foregoing document was filed with the Court's CM/ECF electronic filing system, and a motion to serve has been filed with the court via ecf.
/s/ *Eric L. Ellis*