```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF TEXAS
                  FORT WORTH DIVISION
```

| | | |
|---|---|---|
| ERIC L. ELLIS, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.4:22-CV-864-Y |
| | § | |
| CARGILL MEAT SOLUTIONS, et al. | § | |

## ORDER DISMISSING POST-APPEAL MOTION

Plaintiff Eric L. Ellis has filed a motion (doc. 160) for default judgment. He has filed an identical motion (doc. 10) in the consolidated case 4:22-CV-1020-Y, which has been closed. In this action, however, Ellis filed a notice of appeal from this Court's order of dismissal and final judgment. This notice of appeal was filed on August 10, 2025 (doc. 154).

Due to the filing of the August 10, 2025 appeal, this Court remains without jurisdiction to rule on this motion or any motion filed while the appeal is pending.[1] Plaintiff is directed that any additional motion filed with this Court while the August 10, 2025 appeal is pending will be dismissed for lack of jurisdiction.

Therefore, plaintiff Ellis's motions for default judgment (doc. 160, doc. 10) are **DISMISSED for lack of jurisdiction.**

SIGNED November 26, 2025.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

---

[1] *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982)(**"[T]he filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal."**)