```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
                       FORT WORTH DIVISION
```

ERIC L. ELLIS,                     §
                                   §
VS.                                §   CIVIL ACTION NO.4:22-CV-864-Y
                                   §
CARGILL MEAT SOLUTIONS, et al.     §

<u>ORDER DISMISSING POST-APPEAL MOTION</u>

Plaintiff Eric L. Ellis has filed a renewed motion (doc. 162) to reconsider this Court's November 26, 2025 order (doc. 161). In this action, however, Ellis filed a notice of appeal from this Court's order of dismissal and **final judgment** (doc. 138). This notice of appeal was filed on August 10, 2025 (doc. 154).

Due to the filing of the appeal, this Court remains without jurisdiction to rule on this motion or any motion filed while the appeal is pending.[1] Plaintiff is advised that any additional motion filed with this Court while the August 10, 2025 appeal is pending will be dismissed for lack of jurisdiction.

Ellis has been deemed a vexatious litigant in this division. (See Doc. 8; 4:23-cv-685-P.) Unsurprisingly, then, Ellis has repeatedly filed frivolous motions in this matter despite the Court's three prior orders informing him that this Court lacks jurisdiction pending the August 2025 appeal. The Court is

---

[1] *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982)(**"[T]he filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal."**)

compelled, therefore, to order Ellis to file nothing further in this case without first securing the permission of the Court to do so. Any instrument he files seeking any relief whatsoever will be stricken absent the expressed written consent of the Court to so file.

Therefore, plaintiff Ellis's November 26, 2025 renewed motion for default judgment (doc. 162) is **DISMISSED for lack of jurisdiction**.

SIGNED December 23, 2025.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE